IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES CALVIN DUNNING, | § | |
| TDCJ-CID NO.1229735, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-05-3034 |
| DOUG DRETKE, Director of the Texas | § | |
| Department of Criminal Justice-Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on July 27, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE